**ROGER T. NUTTALL #42500**
**WESLEY E. STUPAR #229868**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR   PLAINTIFF, ZELLA MAYE FREEMAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| ZELLA MAYE FREEMAN,<br><br>         Plaintiff,<br><br>   vs.<br><br>CITY OF FRESNO, R. GARRISON (F.P.D. Badge No. 780), MARK A. YEE (F.P.D. Badge No. 692), J. CAPRIOLA (F.S.O. Badge No. 7622), I. BARRIMOND (F.S.O. Badge No. 1153), J. HOLLINS (F.S.O. Badge No. 2346), R. PEREZ (F.S.O. Badge No. 6169), A. SIMONSON (F.S.O. Badge No. 9364), Inclusive,<br><br>         Defendants. | Case No.: 05-CV-00328 OWW SMS<br><br>**ORDER AFTER HEARING RE:**<br>PLAINTIFF'S EX PARTE REQUEST TO DESIGNATE S. MILES ESTNER, M.D., AS PLAINTIFF'S MEDICAL EXPERT, IN PLACE OF SAMUEL L. BURKLOW, M.D. [Rule 16] |

   This matter having come on regularly for hearing on June 23, 2006, with Erica Camarena appearing telephonically for all Defendants and Roger T. Nuttall and Wesley E. Stupar appearing telephonically for Plaintiff; and the Court having heard Plaintiff's request for a modification of this Court's June 14, 2006, Scheduling Order to allow Plaintiff to designate S. Miles Estner, M.D., as Plaintiff's Medical Expert in place of Dr.

1  Samuel L. Burklow, M.D.; **the Court hereby Orders as follows:**
2         Plaintiff is permitted to substitute S. Miles Estner, M.D.,
3  as Plaintiff's Medical Expert, in place of Samuel L. Burklow,
4  M.D., under the same terms and conditions as set forth in the
5  Court's June 14, 2006, Modified Scheduling Order.
6         **IT IS SO ORDERED.**
7  IT IS SO ORDERED.
8  **Dated:   June 28, 2006**                    /s/ Oliver W. Wanger
   emm0d6                                    UNITED STATES DISTRICT JUDGE