James D. Weakley, Esq.        Bar No. 082853
Erica M.Camarena, Esq.        Bar No. 227981
THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, J. CAPRIOLA, I. BARRIMOND,
J. HOLLINS, R. PEREZ, A. SIMONSON; CITY OF FRESNO, R. GARRISON,
MARK A. YEE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZELLA MAYE FREEMAN, | ) CASE NO.  1:05-CV-00328-OWW-SMS |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER REGARDING EXTENSION  TO CONDUCT INDEPENDENT MENTAL EXAMINATION OF PLAINTIFF** |
| CITY OF FRESNO, R. GARRISON (F.P.D. Badge No. 780), MARK A. YEE (F.P.D. Bade No. 692), J. CAPRIOLA (F.S.O. Badge No. 7622), I. BARRIMOND (F.S.O Badge No. 1153), J. HOLLINS (F.S.O. Badge No. 2346), R. PEREZ (F.S.O. Badge No. 6169), A. SIMONSON (F.S.O. Badge No. 9364), inclusive, | ) **FRCP 29; Local Rule 6-144(a)** ) ) Trial Date: October 24, 2006 ) ) |
| Defendants. | ) |

          IT IS HEREBY STIPULATED by and between the parties that Defendants are given an

extension of time to have Plaintiff, Zella Maye Freeman, submit to an Independent Mental Examination

("IME").

          Pursuant to the Court's Amended Order (Court Docket No. 52), Defendants were to have

Plaintiff submit to an IME on or before July 13, 2006.  The parties have agreed to an extension and

Defendants now have up and until September 13, 2006 to have Plaintiff submit to an IME.

//

1    It is further stipulated that the parties will meet and confer and provide the Court with a

2    proposed Order under Federal Rules of Civil Procedure Rule 35, regarding the terms of the

3    examination (i.e., time, place, manner, conditions, persons present, and scope).

4    The Proposed Order will be prepared by Defendants and submitted to Plaintiff's counsel for

5    review, then filed with the Court no later than August 4, 2006.  Should any issues arise with respect to

6    the terms in the Rule 35 Order, the parties are to bring these issues to the attention of the Court by

7    August 4, 2006.

8    All other dates on the Scheduling Order will remain the same.

9    DATED: July 5, 2006

10                                WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

11

12                                By:   /s/ Erica M. Camarena
13                                      Erica M. Camarena
                                       Attorney for Defendants

14   DATED: July 7, 2006           NUTALL & COLEMAN

15

16                                By:   /s/ Wesley E. Stupar  (as authorized on July 7, 2006)
17                                      Wesley E. Stupar
                                       Attorney for Plaintiff

18                                **ORDER**

19

20   IT IS SO ORDERED.

21   **Dated:     July 17, 2006**              /s/ Sandra M. Snyder
     icido3                           UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28