James D. Weakley, Esq.     Bar No. 082853
Erica M. Camarena, Esq.    Bar No. 227981
THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, J. CAPRIOLA, I. BARRIMOND,
J. HOLLINS, R. PEREZ, A. SIMONSON; CITY OF FRESNO, R. GARRISON,
M. YEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZELLA MAYE FREEMAN, | CASE NO. 1:05-CV-00328-OWW-SMS |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REGARDING EXTENSION OF DATES TO FILE OPPOSITION, REPLY AND TO HEAR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| CITY OF FRESNO, R. GARRISON (F.P.D. Badge No. 780), MARK A. YEE (F.P.D. Bade No. 692), J. CAPRIOLA (F.S.O. Badge No. 7622), I. BARRIMOND (F.S.O Badge No. 1153), J. HOLLINS (F.S.O. Badge No. 2346), R. PEREZ (F.S.O. Badge No. 6169), A. SIMONSON (F.S.O. Badge No. 9364), inclusive, | **FRCP 29; Local Rule 6-144(a)** |
| | Hearing Date: October 23, 2006 |
| | Time:           10:00 a.m. |
| | Courtroom:   3 |
| Defendants. | Honorable Oliver W. Wanger |
| | Trial Date: October 24, 2006 |

IT IS HEREBY STIPULATED by and between the parties that the following dates will be extended:

1. Plaintiff has requested a 21-day extension to file her Opposition to Defendants' Motion for Summary Judgment, which is currently due on August 28, 2006. This date will be extended and Plaintiff's opposition is now due on September 18, 2006.

---

Stipulation and Order Regarding
Extension to file Opposition and Reply to
Defendants' Motion for Summary Judgment

2. The hearing on Defendants' Motion for Summary Judgment will be extended from September 11, 2006 at 10:00 a.m. to October 23, 2006 at 10:00 a.m.

3. Defendants' Reply will be due five court days prior to the hearing in accordance with the Local Rules.

4. The Parties further agree that due to the pending issues before the court within the motion for summary judgment, a meaningful pre-trial conference cannot be had. As such, the pre-trial conference currently set for September 11, 2006 at 11:00 a.m. will be vacated.

5. The parties understand that if the hearing on Defendants' motion for summary judgment is heard on October 23, 2006, it will be highly unlikely that the trial will begin on October 24, 2006 as scheduled. As such, new pre-trial and trial dates will be discussed and rescheduled at the summary judgment hearing on October 23, 2006.

DATED: August 25, 2006         WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

                               By:   /s/   Erica M. Camarena
                                     Erica M. Camarena
                                     Attorney for Defendants

DATED: August 24, 2006         NUTALL & COLEMAN

                               By:  /s/   Mark Coleman (as authorized on August 24, 2006)
                                     Wesley E. Stupar
                                     Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:   August 30, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE

Stipulation and Order Regarding
Extension to file Opposition and Reply to
Defendants' Motion for Summary Judgment         2