James D. Weakley, Esq.     Bar No. 082853
James J. Arendt, Esq.      Bar No. 142937
Erica M. Camarena, Esq.    Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, I. BARRIMOND, J. CAPRIOLA,
J. HOLLINS, R. PEREZ, A. SIMONSON; CITY OF FRESNO, R. GARRISON, and
M. YEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZELLA MAYE FREEMAN, | CASE NO. 1:05-CV-00328-OWW-SMS |
| Plaintiff, | **DEFENDANTS' EX PARTE APPLICATION REQUESTING EXTENSION OF TIME TO FILE MOTION FOR RECONSIDERATION AND ORDER** |
| vs. | |
| CITY OF FRESNO, R. GARRISON (F.P.D. Badge No. 780), MARK A. YEE (F.P.D. Bade No. 692), J. CAPRIOLA (F.S.O. Badge No. 7622), I. BARRIMOND (F.S.O Badge No. 1153), J. HOLLINS (F.S.O. Badge No. 2346), R. PEREZ (F.S.O. Badge No. 6169), A. SIMONSON (F.S.O. Badge No. 9364), inclusive, | Local Rule 6-142(c)  Trial Date: April 10, 2007 |
| Defendants. | |

Defendants hereby submit an ex parte application seeking an extension of time to file a motion for reconsideration of the Court's December 26, 2006 Order granting in part and denying in part Defendants' motion for summary judgment.

A.  **Attempt to Meet and Confer**

On January 2, 2007, Defense counsel contacted plaintiff's counsel's (Wesley E. Stupar) office to discuss with him the possibility of entering into a stipulation granting Defendants' an

---

extension of time to file a motion for reconsideration. Mr. Stupar was not available and a detailed message was left on his voice mail. Defense counsel also sent Mr. Stupar an electronic mail regarding same. (See, Declaration of Erica M. Camarena) As of the time of filing this ex parte application, Defense counsel had not received a response from Mr. Stupar.

Defense Counsel will be leaving the country on January 2, 2007, and therefore needs to resolve this issue immediately. (See, Declaration of Erica M. Camarena) As such, this request is being filed without waiting for a response from Mr. Stupar.

**B.    Request is Timely**

The purpose of this request is to allow Defendants an extension of time to file a motion for reconsideration of the Court's Order regarding Defendants' motion for summary judgment under Federal Rules of Civil Procedure 59(e). Pursuant to the Rule, Defendants have 10 days after the date of entry of judgment to file such a motion. Although the Court issued its Order on December 22, 2006, it was not filed and served until December 26, 2006. Therefore, this request for an extension of time is timely.

**C.    Good Cause to Seek Extension**

Defendants' motion for reconsideration will only address the issue of the Court's denial of summary judgment as to Defendant Ian Barrimond. Defense counsel was present at the hearing on the motion and was of the understanding that the Court granted the motion as to Ian Barrimond. Specifically, the Court represented that the case would proceed as "Freeman v. Garrison", and that all other Defendants would not have to stand trial.

On December 27, 2006, Defendants contacted Peggy Crawford, the Court Reporter who transcribed the hearing to order an expeditious copy of the hearing transcript. Defense counsel was informed that Ms. Crawford was out of the office from December 22, 2006 until January 2, 2007. (See, Declaration of Erica M. Camarena) A copy of the transcript was ordered.

Additionally, defense counsel is leaving the country today (January 2, 2007) and is expected to return on January 16, 2007. (See, Declaration of Erica M. Camarena) Even assuming Ms. Crawford is able to produce the hearing transcript upon her return, there is no conceivable way that counsel will be able to review the hearing transcript, prepare, and file a

1  motion for reconsideration in one day.

2  There is no prejudice to Plaintiff as this matter can be resolved well in advance of the
3  trial date set for April 10, 2007.

4  As such, Defendants respectfully request ex parte an extension of time to file a motion
5  for reconsideration.  Defendants can have their motion filed by Monday, January 29, 2007, with
6  a hearing date on March 5, 2007.

7  DATED: January 2, 2007

8              WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

10          By:  /s/ Erica M. Camarena
            Erica M. Camarena
11             James D. Weakley
            Attorney for Defendants

13 **IT IS SO ORDERED.**

15 IT IS SO ORDERED.

**Dated:   January 5, 2007**       **/s/ Oliver W. Wanger**
16 emm0d6            UNITED STATES DISTRICT JUDGE

---

Defendants' Ex Parte Request for Extension of Time
To file Motion for Reconsideration     3