**ROGER T. NUTTALL #42500**
**WESLEY E. STUPAR #229868**
**NUTTALL & COLEMAN**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Plaintiff,
ZELLA MAYE FREEMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \*

| | |
|---|---|
| ZELLA MAYE FREEMAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF FRESNO, R. GARRISON (F.P.D. Badge No. 780), MARK A. YEE (F.P.D. Badge No. 692), J. CAPRIOLA (F.S.O. Badge No. 7622), I. BARRIMOND (F.S.O. Badge No. 1153), J. HOLLINS (F.S.O. Badge No. 2346), R. PEREZ (F.S.O. Badge No. 6169), A. SIMONSON (F.S.O. Badge No. 9364), Inclusive,<br><br>    Defendants. | 1:05-cv-00328 OWW SMS<br><br>**STIPULATION AND ORDER REGARDING CONTINUANCE OF HEARING RE: SANCTION ORDER**<br><br>Date: 01/19/07<br>Time: 12:15 p.m.<br>Dept: 3 |

   IT IS HEREBY STIPULATED by and between the parties herein, that the Hearing Re: Sanction Order, currently set for January 19, 2007, at 12:15 p.m., shall be continued one week, to January 26, 2007, at 12:15 p.m.

   Said stipulation is based upon the fact that counsel for Plaintiff has requested the preparation of the transcript of the June 23, 2006, Minutes, relating to the In-Chambers Conference,

1  wherein this Court described the imposition of said sanction.
2      Said transcript was ordered on January 10, 2007.  At that
3  time, Court Reporter Peggy Crawford indicated that she could not
4  have said transcripts prepared by January 19, 2007, due to other
5  expedited orders, which she was obligated to complete.
6      Accordingly, a one week continuance of this matter is
7  requested for the preparation of said transcript.  Plaintiff's
8  Counsel has spoken with Defense counsel, Erica Camarena, who does
9  not oppose this request.
10  Dated: January 16, 2007.
11                                  NUTTALL & COLEMAN
12
                    By:  /S/ WESLEY E. STUPAR
13                          WESLEY E. STUPAR
                        Attorneys for Plaintiff
14                          ZELLA MAYE FREEMAN
15  Dated: January 16, 2007.
16                              WEAKLEY, RATLIFF, ARENDT & McGUIRE
17
                    By: /S/ ERICA M. CAMARENA
18                          ERICA M. CAMARENA
                        Attorneys for Defendants
19                          City of Fresno, et al.
20
                        **ORDER**
21  IT IS SO ORDERED.
22
**Dated:   January 17, 2007**            /s/ Oliver W. Wanger
23  emm0d6                      UNITED STATES DISTRICT JUDGE

2