James D. Weakley, Esq.         Bar No. 082853
Rosemary T. Mcguire, Esq.      Bar No. 172549
Erica M. Camarena, Esq.        Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, I. BARRIMOND, J. CAPRIOLA,
J. HOLLINS, R. PEREZ, A. SIMONSON; CITY OF FRESNO, R. GARRISON, and M. YEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZELLA MAYE FREEMAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF FRESNO, R. GARRISON (F.P.D. Badge No. 780), MARK A. YEE (F.P.D. Bade No. 692), J. CAPRIOLA (F.S.O. Badge No. 7622), I. BARRIMOND (F.S.O Badge No. 1153), J. HOLLINS (F.S.O. Badge No. 2346), R. PEREZ (F.S.O. Badge No. 6169), A. SIMONSON (F.S.O. Badge No. 9364), inclusive,<br>          Defendants. | CASE NO.  1:05-CV-00328-OWW-SMS<br><br>**JOINT STIPULATION TO CONTINUE EXHIBIT CONFERENCE**<br><br>Trial Date: April 10, 2007 |

IT IS HEREBY STIPULATED by and between the parties that the Exhibit Conference currently set to take place on February 27, 2007, will be continued to March 29, 2007 at 10:00 a.m. at the Law Firm of Weakley, Ratliff, Arendt and McGuire.  Both parties agree that given the fact that the trial date is set for April 10, 2007, there is ample time and no prejudice to continue the Exhibit Conference.

//

//

Stipulation to Continue Exhibit Conference

| | | |
|---|---|---|
| 1 | DATED:  February 27, 2007 | WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP |
| 2 | | |
| 3 | | By:  /s/ Erica M. Camarena |
| 4 | | Erica M. Camarena<br>Attorney for Defendants |
| 5 | | |
| 6 | DATED: February 27, 2007 | NUTALL & COLEMAN |
| 7 | | By:/s/  Wesley E. Stupar (as authorized on February 27, 2007) |
| 8 | | Wesley E. Stupar<br>Attorney for Plaintiff |

### ORDER

IT IS SO ORDERED.

**Dated:     March 6, 2007**                    **/s/ Oliver W. Wanger**
emm0d6                                           UNITED STATES DISTRICT JUDGE

---

Stipulation to Continue Exhibit Conference                2