**ROGER T. NUTTALL #42500**
**WESLEY E. STUPAR #229868**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Plaintiff,
ZELLA MAYE FREEMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * *

| | |
|---|---|
| ZELLA MAYE FREEMAN,<br><br>       Plaintiff,<br><br>   vs.<br><br>CITY OF FRESNO, R. GARRISON (F.P.D. Badge No. 780), MARK A. YEE (F.P.D. Badge No. 692), J. CAPRIOLA (F.S.O. Badge No. 7622), I. BARRIMOND (F.S.O. Badge No. 1153), J. HOLLINS (F.S.O. Badge No. 2346), R. PEREZ (F.S.O. Badge No. 6169), A. SIMONSON (F.S.O. Badge No. 9364), Inclusive,<br><br>       Defendants. | Case No.: 05-CV-00328 OWW SMS<br><br>**STIPULATION TO CONTINUE TRIAL AND ORDER** |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, that the Jury Trial of this matter, currently set for Tuesday, April 10, 2007, at 9:00 a.m., shall be continued to Tuesday, October 9, 2007, at 9:00 a.m., in Courtroom of the Honorable Oliver W. Wanger; and that all pre-trial motion hearings and conferences shall be continued accordingly.

//

1    This continuance is requested by Plaintiff's counsel, Roger
2 Nuttall, due to a calendar conflict created by Counsel's current
3 participation in the multiple-defendant trial of <u>The People v.</u>
4 <u>Elaine Bernard, et al.</u>, case number F01590472-4, Department 33,
5 Superior Court of California, County of Fresno, before the
6 Honorable W. Kent Hamlin. This trial is expected to continue
7 through the month of April, and into the month of May.  Counsel
8 for both parties have discussed this matter and neither party
9 objects to this continuance.
10    DATED: March _____, 2007.
11                                     NUTTALL & COLEMAN
12
13
14                           By: _____
                                  WESLEY E. STUPAR
                                  Attorneys for Plaintiff,
15                                ZELLA MAYE FREEMAN
16
    DATED: March 15, 2007.
17
                                     WEAKLEY, RATLIFF, ARENDT &
18                                   McGUIRE
19
20                           By:  /s/Erica M. Camarena
   _____
21                                ERICA M. CAMARENA
                                  Attorneys for Defendants
22
                      * * * * * * * *
23
24                         **O R D E R**
25
   **GOOD CAUSE APPEARING TO THE COURT, IT IS HEREBY ORDERED** that
26
   the trial in this matter, currently set for April 10, 2007, be
27
   continued to October 9, 2007, at 9:00 a.m.  **IT IS FURTHER ORDERED**
28

                                 2

that the following pre-trial motion hearings and conferences be continued as follows:

| | |
|---|---|
| Last Day to File Response to Motions in Limine: | September 14, 2007; |
| Designation of Deposition Testimony: | September 17, 2007; |
| Last Day to Meet and Confer Regarding Jury Instructions: | September 25, 2007; |
| Exhibit Marking Conference: | September 27, 2007, at 10:00 a.m., at the Law Offices of WEAKLEY, RATLIFF, ARENDT & McGUIRE; |
| Hearing on Motions in Limine: | September 28, 2007, at 12:00 noon; |
| Last Day to Request Use Of Laptop Computer for Presentation of Evidence: | October 2, 2007; |
| Trial Brief Due: | October 4, 2007; |
| Last Day to File Joint Neutral Statement; and Deliver Exhibits and Witness List to the Court: | October 5, 2007; |
| Last Day to deliver Verdict Forms, Proposed Jury Voir Dire, and Jury Instructions to the Court: | October 8, 2007. |

The Hearing on Defendants' Motion for Reconsideration will remain on calendar, as currently set, for March 26, 2007, at 10:00 a.m.

NO FURTHER CONTINUANCES. IT IS SO ORDERED.

**Dated:   March 16, 2007**               **/s/ Oliver W. Wanger**
emm0d6                                     UNITED STATES DISTRICT JUDGE