(SPACE BELOW FOR FILING STAMP ONLY)

**ROGER T. NUTTALL #42500**
**WESLEY E. STUPAR #229868**
**NUTTALL & COLEMAN**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR  Plaintiff,
    ZELLA MAYE FREEMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * *

| | |
|---|---|
| ZELLA MAYE FREEMAN,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY OF FRESNO, R. GARRISON (F.P.D. Badge No. 780), MARK A. YEE (F.P.D. Badge No. 692), J. CAPRIOLA (F.S.O. Badge No. 7622), I. BARRIMOND (F.S.O. Badge No. 1153), J. HOLLINS (F.S.O. Badge No. 2346), R. PEREZ (F.S.O. Badge No. 6169), A. SIMONSON (F.S.O. Badge No. 9364), Inclusive,<br><br>            Defendants. | Case No.: 05-CV-00328 OWW<br><br>**ORDER CONTINUING TRIAL AND RELATED DEADLINES** |

**Good cause appearing**,

**IT IS ORDERED** that the Trial in this matter, currently set for October 9, 2007, at 9:00 a.m. is continued to January 23, 2008.

**IT IS FURTHER ORDERED** that the following pre-trial motion hearings, conferences and Jury Instructions, meetings, etc., be continued as follows:

| | |
|---|---|
| Plaintiff's Last Day to File Motions in Limine: | December 7, 2007; |
| Defendants Last Day to File Response to Motions in Limine: | December 28, 2007; |
| Designation of Deposition Testimony: | January 2, 2008; |
| Last Day to Meet and Confer Regarding Jury Instructions: | January 9, 2008; |
| Exhibit Marking Conference: | December 27, 2007, at 10:00 a.m., at the Law Offices of WEAKLEY, RATLIFF, ARENDT & McGUIRE; |
| Hearing on Motions in Limine: | January 14, 2008, at 12:00 noon; |
| Last Day to Request Use Of Laptop Computer for Presentation of Evidence: | January 16, 2008; |
| Trial Brief Due: | January 18, 2008; |
| Last Day to File Joint Neutral Statement; and Deliver Exhibits and Witness List to the Court: | January 18, 2008; |
| Last Day to deliver Verdict Forms, Proposed Jury Voir Dire, and Jury Instructions to the Court: | January 22, 2008. |

**Date**: September 21, 2007

/s/ Oliver W. Wanger

Oliver W. Wanger

United States District Judge

2