1 | James D. Weakley, Esq.     Bar No. 082853
  | Rosemary T. McGuire, Esq. Bar No. 172549
2 | Erica M. Camarena, Esq.    Bar No. 227981

3 | THE LAW FIRM OF
  | WEAKLEY, RATLIFF,
4 | ARENDT & McGUIRE, LLP
  | 1630 East Shaw Avenue, Suite 176
5 | Fresno, California  93710

6 | Telephone: (559) 221-5256
  | Facsimile:  (559) 221-5262

7

8 | Attorneys for Defendants, I. BARRIMOND, J. CAPRIOLA,
  | J. HOLLINS, R. PEREZ, A. SIMONSON; CITY OF FRESNO, R. GARRISON, and
  | M. YEE

9

10

11                          **UNITED STATES DISTRICT COURT**

                            **EASTERN DISTRICT OF CALIFORNIA**
12

13 | ZELLA MAYE FREEMAN,                  ) CASE NO. 1:05-CV-00328-OWW-SMS
                                          )
14 |          Plaintiff,                  ) **STIPULATION TO DISMISS CASE WITH**
                                          ) **PREJUDICE**
15 |     vs.                              )
                                          ) **FRCP 41**
16 | CITY OF FRESNO, R. GARRISON (F.P.D.  )
   | Badge No. 780), MARK A. YEE (F.P.D.  )
17 | Bade No. 692), J. CAPRIOLA (F.S.O. Badge )
   | No. 7622), I. BARRIMOND (F.S.O Badge )
18 | No. 1153), J. HOLLINS (F.S.O. Badge No. )
   | 2346), R. PEREZ (F.S.O. Badge No. 6169), )
19 | A. SIMONSON (F.S.O. Badge No. 9364), )
   | inclusive,                           )
20 |          Defendants.                 )
                                          )
21

22 | TO THE HONORABLE COURT:

23 |    It is hereby stipulated by and between the parties, plaintiff ZELLA MAYE FREEMAN

24 | and defendants ROBERT GARRISON and IAN BARRIMOND[1] through their respective

25 | counsel, that this action, including any and all claims, be dismissed with prejudice pursuant to

26 | the terms of their Settlement Agreement and Release signed by plaintiff on November 17, 2007.

27

28

---

[1] All other Defendants have already been dismissed via Court Order on defendants' motion for summary judgment. (Court Docket Number 105.)

Stipulated Dismissal of Action With Prejudice

**IT IS SO STIPULATED.**

DATED: November 28, 2007

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:   /s/ Erica M. Camarena
      Erica M. Camarena
      Attorney for Defendants

DATED: November 29, 2007          NUTTALL & COLEMAN

By:   /s/ Joan J. Levie
      Joan J. Levie
      Attorneys for Plaintiff

## ORDER

The Court orders this case be dismissed with prejudice and orders the Court Clerk to enter judgment of dismissal of all remaining parties with prejudice.

IT IS SO ORDERED.

**Dated:   December 1, 2007**            /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE